UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 10-171(3) ADM/FLN |
| v. | ) | |
| | ) | |
| | ) | **DEFENDANT'S MOTION FOR AN** |
| JERONE IAN MITCHELL, | ) | **EXTENSION OF SURRENDER DATE** |
| | ) | |
| Defendant. | ) | |

Jerone Mitchell, by and through his attorney, respectfully requests an extension on his date of surrender to the Bureau of Prisons. At his sentencing, the Court ordered he report on August 23, 2011. Since that time, Mr. Mitchell has been coordinating information with the U.S. Probation Office related to his prison term. The U.S. Probation Office has informed counsel that additional time is necessary in order to allow the Bureau of Prisons to complete processing the designation for Mr. Mitchell. To that end, it is requested that Mr. Mitchell be allowed to report on September 15, 2011.

This motion is supported by the record before the Court. The government has no objection to this motion

Dated: August 11, 2011        Respectfully submitted,

*s/Caroline Durham*

CAROLINE DURHAM
Attorney ID No. 24921X
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415