UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 10-171(3) (ADM/FLN) |
| v. | ) | |
| | ) | |
| | ) | **DEFENDANT'S MOTION FOR AN** |
| JERONE IAN MITCHELL, | ) | **EXTENSION OF SURRENDER DATE** |
| | ) | |
| Defendant. | ) | |

    Jerone Mitchell, by and through his attorney, respectfully requests an extension on his date of surrender to the Bureau of Prisons. Over the course of the past few weeks, Mr. Mitchell has sought modification of his sentence. The Court has worked to ensure that the intent of their sentence be carried out through its sentencing judgments. In the meantime, Mr. Mitchell has continued to work and provide for his family. Waiting with anticipation, he is still in need of finalizing some arrangements to have his family and affairs prepared for his absence. To that end, Mr. Mitchell respectfully asks for a surrender date of November 29, 2011.

    This motion is supported by the record before the Court. The government has no objection to this motion

Dated: November 7, 2011                                 Respectfully submitted,

                                                                  *s/Caroline Durham*

                                                                  CAROLINE DURHAM
                                                                  Attorney ID No. 24921X
                                                                  Attorney for Defendant
                                                                  107 U.S. Courthouse
                                                                  300 South Fourth Street
                                                                  Minneapolis, MN 55415