UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 10-171(3) (ADM/FLN)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| JERONE IAN MITCHELL, ) | |
| ) | |
| Defendant. ) | |

_____

Chris Wilton, Assistant United States Attorney, 300 South Fourth Street, Room 600, Minneapolis, MN 55415, counsel for Plaintiff.

Caroline Durham, Assistant Federal Defender, 300 South Fourth Street, Room 107, Minneapolis, MN 55415, counsel for Defendant.
_____

This matter is before the Court on defendant's Fourth Motion for an Extension of Surrender Date in the above titled matter (Docket No. 116). Based upon all the records and proceedings herein, and the government having no objection to this request;

IT IS HEREBY ORDERED that the defendant's motion is GRANTED. The defendant is allowed to surrender for service of his sentence on November 22, 2011, and no further extensions will be granted.

Dated: November 14, 2011          s/Ann D. Montgomery
                                  Honorable Ann D. Montgomery
                                  United States District Court Judge